COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Steven Baileys, Relator

Appellate case number:     01-16-00830-CV

Trial court case number:    1061661-101

Trial court:              County Civil Court at Law No. 3of Harris County

On October 20, 2016, the relator, Steven Baileys, filed a petition for a writ of mandamus and prohibition seeking to vacate the respondent trial judge's September 12, 2016 order denying relator's motion to declare previous orders void and seeks to prohibit further proceedings. With the petition, relator filed a notice of related case, 01-16-00671-CV, an interlocutory appeal from the order, signed on July 12, 2016, denying relator's motion for reconsideration of the denial of his special appearance, and an appendix.

Although relator's petition included an appendix with a record for a hearing held on January 11, 2016, his petition referred to two other hearings held on June 29, 2016, and September 12, 2016, but it did not contain those records or the required certification. *See* TEX. R. APP. P. 52.7(a)(2). The reporter's record for the June 29, 2016 hearing was filed on September 9, 2016, in appellate cause number 01-16-00671-CV.

Thus, we **ORDER** relator, **within 10 days of the date of this order,** to file a supplemental record containing the hearing record for June 29, 2016, and either a request for preparing and paying for the reporter's record for the September 9, 2016 hearing or a certification that no relevant testimony, or judicial reasoning, was adduced in connection with the matter complained at that hearing. *See* TEX. R. APP. P. 52.7(a)(2), (b).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                   ☒  Acting individually
Date: <u>October 25, 2016</u>